UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEWIS MORALES,<br><br>    Plaintiff,<br><br>    v.<br><br>EXPERIAN INFORMATION SOLUTIONS INC.,<br><br>    Defendant. | Case No. 18-cv-02178-WHO<br><br>**ORDER RESETTING BRIEFING AND HEARING DATES AND STAYING DISCOVERY**<br><br>Re: Dkt. No. 31 |

Plaintiff's administrative motion is GRANTED. Plaintiff's opposition to defendant's motion for judgment on the pleadings is due August 17, 2018. Defendant's reply is due August 24, 2018. The hearing on the motion is reset to September 25, 2018 at 2:00 p.m. to coincide with the previously set telephonic Case Management Conference. Counsel may appear in person or telephonically.

In light of the ongoing global mediation efforts, discovery is STAYED through September 25, 2018.

**IT IS SO ORDERED.**

Dated: July 25, 2018

William H. Orrick
United States District Judge