UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEWIS MORALES,<br><br>    Plaintiff,<br><br>    v.<br><br>EXPERIAN INFORMATION SOLUTIONS INC.,<br><br>    Defendant. | Case No. 3:18-cv-02178-WHO<br><br>**ORDER DISMISSING CASE WITH PREJUDICE**<br><br>Re: Dkt. No. 46 |

Pursuant to the stipulation the parties filed on April 8, 2019, this case is DISMISSED WITH PREJUDICE.

**IT IS SO ORDERED.**

Dated: April 11, 2019

William H. Orrick
United States District Judge