UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEWIS MORALES,<br><br>                Plaintiff,<br><br>        v.<br><br>EXPERIAN INFORMATION SOLUTIONS INC.,<br><br>                Defendant. | Case No.  3:18-cv-02178-WHO<br><br>**JUDGMENT** |

Having dismissed all claims with prejudice pursuant to the parties' stipulations, judgment is hereby entered.

**IT IS SO ORDERED.**

Dated: April 11, 2019

William H. Orrick
United States District Judge